(127 So. 793)

### Calvin PATTERSON v. STATE.

### 5 Div. 50.

Supreme Court of Alabama.

April 17, 1930.

J. B. Atkinson and L. F. Gerald, both of Clanton, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Calvin Patterson for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Patterson v. State, 23 Ala. App. 342, 127 So. 792.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.